JOSE F. PACHECO ET AL. *v.* LIQUOR CONTROL
COMMISSION

The plaintiffs' petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Ronald Scott,* in support of the petition.

*Robert F. Vacchelli,* assistant attorney general, in opposition.

Submitted June 6—decided June 20, 1979

CONNECTICUT COMMUNITY DEVELOPMENT ASSOCIATION
*v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Henry L. Fisher,* in support of the petition.

*Albert P. Lenge,* in opposition.

Submitted June 1—decided June 28, 1979

CHARLES Y. BECKER ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF MONROE

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Andrew Chulick,* in support of the petition.

*James P. White, Jr.,* town attorney, in opposition.

Submitted June 15—decided June 28, 1979